NATHAN B. CAMUTI (SBN 300568)
nate@camutilaw.com
ANDREW R. COWAN (SBN 356310)
andrew@camutilaw.com
CAMUTI LAW GROUP, APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: 949.716.5565

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBESITY RESEARCH INSTITUTE, LLC;<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SELECTIONS LLC, et al.;<br><br>Defendants. | Case No.: 3:25-cv-0877-BJC-AHG<br><br>**DISCOVERY MATTER**<br><br>***EX PARTE* APPLICATION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Obesity Research Institute, LLC (Plaintiff) will and hereby does apply to the Court *ex parte* for leave to issue a third-party subpoena on webhost platform Namecheap.com. Namecheap.com is the current platform hosting the website www.lipozem.com, the ownership information of which is redacted. The products sold on www.lipozem.com infringe Plaintiff's trademark rights, and issuance of a third-party subpoena to Namecheap.com will allow Plaintiff to identify the Defendant who owns the identified website prior to a Fed. R. Civ. P. 26(f) conference.

This application is based upon: the Memorandum of Points and Authorities; the concurrently-filed Declarations of Andrew R. Cowan and Edgar den Uijl; upon all pleadings and evidence on file in this matter; and upon such additional evidence or arguments as may be accepted by the Court.

On October 23, 2025, Plaintiff's Counsel contacted counsel for Defendant Sunrise Selections regarding the filing and substance of the present Application. Because Defendant Amaz Group has not participated in this lawsuit and counsel for Defendant Amaz Group has not been identified, Defendant Amaz Group was notified of this Application via overnight mail to Defendant Amaz Group's listed agent for service of process, sent on October 24, 2025. Defendant Sunrise Selections' counsel has not contacted Plaintiff regarding this Application. Defendant Amaz Group has not contacted Plaintiff regarding this Application.

///

///

///

1 | Respectfully submitted,

2 | Date: October 27, 2025

By: /s/ Andrew Robert Cowan
Andrew R. Cowan, Esq.
andrew@camutilaw.com
CAMUTI LAW GROUP APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: 949.716.5565

*Attorneys for Plaintiff*