NATHAN B. CAMUTI (SBN 300568)
nate@camutilaw.com
ANDREW R. COWAN (SBN 356310)
andrew@camutilaw.com
CAMUTI LAW GROUP, APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: 949.716.5565

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBESITY RESEARCH INSTITUTE, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SELECTIONS LLC, et al.;<br><br>Defendants. | Case No.: 3:25-cv-0877-BJC-AHG<br><br>**DECLARATION OF ANDREW R. COWAN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Courtroom: 2C |

DECLARATION OF ANDREW R. COWAN

I, Andrew R. Cowan, Esq., declare as follows:

1. My name is Andrew Robert Cowan, and I am an attorney licensed to practice in the State of California and before this Court. My firm represents Plaintiff Obesity Research Institute, LLC ("Plaintiff") in the above-captioned matter.
2. I have personal knowledge of the facts set forth herein.
3. On October 23, 2025, I contacted counsel for Defendant Sunrise Selections via email.
4. I described the nature and necessity of the present *ex parte* Application to serve a third-party subpoena on Namecheap.com, webhost of the www.lipozem.com website.
5. As part of this communication, I requested that counsel for Defendant Sunrise Selections advise whether the defendant opposed the present Application.
6. Counsel for Defendant Sunrise Selections did not respond, and I have not been able to determine whether Defendant Sunrise Selections will oppose the present Application.
7. Defendant Amaz Group has been served with the summons and complaint in this action but has yet to make any contact with Plaintiff's counsel. As a result, Plaintiff's counsel is unaware of whether Defendant Amaz Group is represented in this matter. Because Plaintiff has no way to realistically contact Defendant Amaz Group, Plaintiff's counsel could only send Defendant Amaz Group the present Application and accompanying papers by overnight mail. Plaintiff's counsel sent the present Application to Defendant Amaz Group on October 24, 2025, via overnight mail.

///

///

///

DECLARATION OF ANDREW R. COWAN

8. On October 24, 2025, I sent a service copy of the Application to counsel for Defendant Sunrise Selections via email, read receipt requested.

I declare under penalty of perjury under the laws of the United States and the State of California that all of the foregoing is true and correct.

Dated: October 24, 2025           By: /Andrew Robert Cowan/
                                      Andrew R. Cowan, Esq.

- 2 -
DECLARATION OF ANDREW R. COWAN